MINUTE ENTRY
VANCE, J.
APRIL 24, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE** |
| **VERSUS** | **NO. 16-68** |
| **JONATHAN LAWRENCE (CUSTODY)** | **SECTION: R** |
| **VONZO MAGEE (CUSTODY)** | |

**CASE MANAGER:  JAY SUSSLIN**
**COURT REPORTER: KAREN IBOS**

### REARRAIGNMENT

APPEARANCES:  JONATHAN LAWRENCE, DEFENDANT
PATRICK LINDSEY WILLIAMS, COUNSEL FOR
LAWRENCE
VONZO MAGEE, DEFENDANT
ARTHUR LEMANN, IV, COUNSEL FOR MAGEE
BRANDON LONG, ASSISTANT U.S. ATTORNEY
U.S. PROBATION OFFICER CATHERINE HOLLINRAKE
U.S. MARSHALS

Court begins.
All present and ready.
Defendants sworn and questioned by the Court.
Defendant Jonathan Lawrence is present to enter a plea guilty to Counts 1, 2 and 9 of the Superseding Indictment and to Count 1 of the Bill of Information to Establish Prior Conviction.
Defendant Vonzo Magee is present to enter a plea guilty to Counts 1 and 26 of the Superseding Indictment.
Defendants cautioned regarding possible prosecution for perjury or false statement if answers to the Court's questions are not truthful.
Defendants informed of rights to trial by jury or the Court and waives same.

JS-10: 00:35

**Reading of the Superseding Indictment by the Court to the defendants waived.**

**Defendants informed of the minimum and maximum penalties.**

**Defendants informed of the Sentencing Guidelines.**

**Defendants enters a plea of Guilty.**

**Plea agreements signed by the defendants and counsel and submitted for filing.**

**Factual bases signed by all parties and filed into the record.**

**The Court finds there is a factual basis for the pleas of guilty in this matter and that the defendants are fully competent to enter pleas of guilty and is pleading guilty knowingly and voluntarily.**

**The defendants ADJUDGED GUILTY on their plea of Guilty.**

**PRETRIAL CONFERENCE AND TRIAL ARE HEREBY CANCELLED AT TO THIS DEFENDANT.**

**ALL PENDING MOTIONS ARE HEREBY SATISFIED AS MOOT AS TO THIS DEFENDANT.**

**Pre-Sentence Investigations ORDERED.**

**SENTENCING HEARINGS set for WEDNESDAY, AUGUST 7, 2019 at 9:30 a.m.**

**Defendants REMANDED to the custody of the U.S. Marshals to return on the date set for sentencing.**

**Court adjourned.**